**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **TROY WILLIAMS #1924566 and** | § | |
| **MYRON TANKSLEY #1002421** | § | |
| | § | |
| **V.** | § | **W-21-CA-427-ADA** |
| | § | |
| **MICHEAL STEBBENS, et al.** | § | |

## FINAL JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order which dismissed Plaintiffs' complaint, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Plaintiffs' complaint is hereby **DISMISSED WITH PREJUDICE** as frivolous.

**IT IS FURTHER ORDERED** that the above entitled cause of action is hereby **CLOSED**.

**SIGNED** on October 13, 2021

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1